# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | NO. 17-442 |
| **DARRELL JOHNSON** | |

## O R D E R

**AND NOW**, this 22nd day of February, 2018, upon consideration of Defendant's Motion to Dismiss Counts Two, Four, and Six (ECF No. 29) and the Government's Response Thereto (ECF No. 30), **IT IS ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**